**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Amber Vanderheyden, | Civil No. 08-555 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| ER Solutions, Inc., John Doe, | |
| Defendants. | |

_____

**IT IS HEREBY ORDERED** that in response to Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 3) filed by Plaintiff on May 8, 2008, that judgment shall be entered dismissing the Complaint in its entirety on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 9, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge